THE PEOPLE OF THE STATE OF NEW YORK, Respondent v. GEORGE SHORTS, Appellant.— Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WORRILL, Appellant.— Hopkins, Acting P. J., Gulotta, Christ, Brennan and Benjamin, JJ., concur.